# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANWAR A. CAPERS, | : | No. 190 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF CHESTER COUNTY, | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Other Extraordinary Relief is DENIED.